UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-R-80001-Rosenberg/Reinhart

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ESTON EUREL MELTON, III,

       Defendant.

_____

## ESTON EUREL MELTON, III'S OBJECTIONS TO THE PRESENTECE INVESTIGATION REPORT

The Defendant, ESTON EUREL MELTON, III ("Mr. Melton"), through undersigned counsel, pursuant to U.S.S.G. § 6A1.2-3, Fed. R. Crim. P. 32 (f), and the Fifth Amendment to the United States Constitution, respectfully files his Objections to the Presentence Investigation Report (PSR) (DE 19) and states as follows:

**OBJECTIONS TO PRESENTENCE INVESTIATION REPORT:**

1.    There are several factual issues that will be addressed at sentencing that do not impact on the sentencing guidelines.

2.    **Paragraphs 99 and 102**: The probation office conflates Mr. and Mrs. Melton's assets and liabilities in terms of ownership and obligations, and fails to include mortgage and life insurance loan obligations.

3.    **Paragraphs 58 and 110**: Defendant objects to the imposition of a two point increase for sophisticated means. U.S.S.G. § T1.1, Commentary Note 5, defines "Sophisticated Means" as "[E]specially complex or especially intricate offense conduct …

".  It is respectfully submitted that the conduct described herein does not meet the legal standard for sophisticated means.

4. **Paragraph 116**: The impact of a guideline change may result in a different or lesser fine range.

5. **Paragraph 121**: Regarding restitution: in an abundance of caution, Defendant is raising the amount of restitution as part of the sentence.

Dated this 22nd day of April, 2025.

                                                  Respectfully submitted,

                                                  MICHAEL J. ROSEN, P.A.
*Counsel for Defendant*
100 SE 2nd Street, Suite 3400
Miami, Florida  33131
Tel:  305.446.6116
Fax:  305.448.1782
Email:  mjr@mjrosenlaw.com

_____
Michael J. Rosen, Esq.
Fla. Bar No. 183719

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via CM/ECF which will electronically serve AUSA Marc Osborne, United States Attorney's Office, 500 South Australian Avenue, Suite 400, West Palm Beach, Florida, 33401, marc.osborne@usdoj.gov, this 22nd day of April, 2025.

Case No. 25-CR-80001-Rosenberg/Reinhart
Melton's Objections to PSR

___*s/Michael J. Rosen*_____
Michael J. Rosen