UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-80001-Rosenberg/Reinhart

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ESTON EUREL MELTON, III,

       Defendant.

_____

## DEFENDANT'S NOTICE REGARDING ESTIMATED TIME NECESSARY FOR SENTENCING HEARING

Defendant, Eston Eurel Melton, III, through undersigned counsel and pursuant to this Court's Scheduling Order (DE 16), hereby gives notice of the estimated time needed for his sentencing, notifies this Court of the number of witnesses defense intends to call to testify, and the anticipated amount of time for each witness to give their testimony on behalf of Mr. Melton, and states as follows:

1. Mr. Melton is currently scheduled to be sentenced by this Honorable Court on May 14, 2025, at 11:00 am.

2. Undersigned anticipates 90 minutes will be necessary to orally present the defense of Mr. Melton.

3. Undersigned will call on two witnesses to provide this Court with their testimony and 15 minutes is anticipated for each of the two witnesses.

Dated this 25th day of April, 2025.

                                          Respectfully submitted,

Case No. 25-CR-80001-Rosenberg/Reinhart
Notice Regarding Length
of Sentencing Presentation

MICHAEL J. ROSEN, P.A.
*Counsel for Defendant*
100 SE 2nd Street, Suite 3400
Miami, Florida  33131
Tel:  305.446.6116
Fax:  305.448.1782
Email:  mjr@mjrosenlaw.com

_s/Michael J. Rosen_____
Michael J. Rosen, Esq.
Fla. Bar No. 183719

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via CM/ECF which will electronically serve AUSA Marc Osborne, United States Attorney's Office, 500 South Australian Avenue, Suite 400, West Palm Beach, Florida, 33401, marc.osborne@usdoj.gov, and Andrew McDougan, Sentencing Guideline Specialist, Wilkie D. Ferguson, Jr. US Courthouse, 400 N. Miami Ave. 9th floor, Miami, Fl 33128. Andrew_McDougan@flsp.uscourts.gov, this 25th day of April, 2025.

___s/Michael J. Rosen_____
Michael J. Rosen