UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-80001-Rosenberg/Reinhart

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ESTON EUREL MELTON, III,

       Defendant.

_____

**DEFENDANT, ESTON EUREL MELTON, III'S,
NOTICE OF FILING CHARACTER LETTERS**

The Defendant, Eston Melton, III ("Mr Melton"), through undersigned counsel, hereby gives notice of filing 45 character letters (Exhibit A Bates #5/30/25DM-CL-000001 - 000073 ) on behalf of Mr. Melton, in support of the Sentencing Memorandum.

Dated this 30th day of May 2025.

Respectfully submitted,
   s/*Michael J. Rosen*
Michael J. Rosen, Esq.
Fla. Bar Number 183719
Michael J. Rosen, P.A.
Counsel for Eston Eurel Melton, III
100 SE 2nd Street, Suite 3400
Miami, Florida  33131
Email:  MJR@mjrosenlaw.com
Tel:  305.446.6116
Fax:  305.448.1782

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically this 30th day of May, 2025 with the Clerk of Court using the CM/ECF system. Service will be made on all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                     s/*Michael J. Rosen*
                                     Michael J. Rosen, Esq.